# ROSAS v. STATE.
## No. 20074.

Court of Criminal Appeals of Texas.
Jan. 4, 1939.

Oliver W. Johnson, of San Antonio, for appellant.

Lloyd Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for aggravated assault; punishment assessed at a fine of $25.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.